No. 84–1057.   HUTCHERSON ET AL. *v.* BOARD OF SUPERVISORS OF FRANKLIN COUNTY, VIRGINIA, ET AL., 470 U. S. 1004;

No. 84–1074.   STROOM *v.* CARTER, FORMER PRESIDENT OF THE UNITED STATES, ET AL., 469 U. S. 1216;

No. 84–1095.   FITZPATRICK *v.* DIMARTINO, JUDGE, SUPERIOR COURT, LAW DIVISION, GLOUCESTER COUNTY, NEW JERSEY, ET AL., 470 U. S. 1005;

No. 84–1153.   OTTO *v.* UNITED STATES, 469 U. S. 1217;

No. 84–5821.   HOLMAN *v.* ILLINOIS, 469 U. S. 1220;

No. 84–5845.   NOLAND *v.* NORTH CAROLINA, 469 U. S. 1230;

No. 84–5925.   NUEY *v.* DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, 470 U. S. 1007;

No. 84–6020.   MONTGOMERY *v.* NATIONAL MULTIPLE SCLEROSIS SOCIETY, 470 U. S. 1007;

No. 84–6037.   FAISON *v.* DAVIS, JUDGE, ET AL., 470 U. S. 1030;

No. 84–6044.   DAY *v.* DEANDA, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, ET AL., 470 U. S. 1030;

No. 84–6107.   HOWELL *v.* MARYLAND, 470 U. S. 1056; and

No. 84–6169.   LEVINE *v.* UNITED STATES, 470 U. S. 1031. Petitions for rehearing denied.   JUSTICE POWELL took no part in the consideration or decision of these petitions.

APRIL 22, 1985

No. 88, Orig.   CALIFORNIA *v.* TEXAS ET AL.   Case dismissed under this Court's Rule 53.   [For earlier order herein, see, *e. g.*, 459 U. S. 1096.]

No. 84–1281.   WATSON MARINE SERVICES, INC. *v.* KLIEBERT EDUCATIONAL TRUST ET AL.   Appeal from Ct. App. La., 5th Cir., dismissed for want of substantial federal question.   ■

No. 84–1380.   ALLNUTT *v.* MARYLAND.   Appeal from Ct. Sp. App. Md. dismissed for want of substantial federal question.   ■

No. 84–1429.   GILBERT *v.* UNIVERSITY OF TENNESSEE ET AL. Appeal from Ct. App. Tenn. dismissed for want of substantial federal question.